## (January 20, 1981)

■ SCARBURGH COMPANY, INC., Appellant, v AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, Respondent. — Order and judgment (one paper) Supreme Court, New York County, entered on November 26, 1979, order of said court entered on January 3, 1980, and order of said court entered on January 9, 1980, unanimously affirmed for the reasons stated by Wallach, J., at Trial Term. Respondent shall recover of appellant one bill of $75 costs and disbursements of these appeals. Concur — Ross, J. P., Lupiano, Silverman, Yesawich and Carro, JJ.

■ In the Matter of VICTOR TORRES, Petitioner, v WALTER M. SHACKMAN et al., Respondents. — Application for a writ of mandamus withdrawn, and cross motion to dismiss petition denied as moot, all, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Ross, Markewich, Bloom and Carro, JJ.

■ In the Matter of HENRY T. BURGOS, Petitioner, v APPELLATE TERM, FIRST DEPARTMENT, et al., Respondents. — Application for a writ of prohibition dismissed as academic, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Markewich, Silverman and Bloom, JJ.

■ BRINMORE BRITTON, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Cross motion to dismiss application for judicial review of the order of the State Human Rights Appeal Board dated November 5, 1979, unanimously granted and the petition dismissed, without costs and without disbursements. Were we to reach the merits of the petition, we would confirm the order of the State Division of Human Rights. No opinion. Concur — Kupferman, J. P., Sandler, Ross and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID REYNOLDS, Appellant. — Judgment, Supreme Court, New York County, rendered on December 3, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Birns, J. P., Sandler, Ross and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE LYNCH, Appellant. — Judgment, Supreme Court, New York County, rendered on January 23, 1979, and judgment of resentence of said court rendered on September 20, 1979, unanimously modified, on the law, to dismiss the conviction for criminal possession of a weapon in the third degree as a lesser included count, as conceded by the People, to vacate the sentence imposed thereon and otherwise affirmed. No opinion. Concur — Birns, J. P., Sandler, Ross and Bloom, JJ.

■ LOUISE C. HALL, as Administratrix of the Estate of LILLIAN COLEMAN, Deceased, Respondent, v STATE OF NEW YORK DEPARTMENT OF MENTAL HYGIENE et al., Appellants. — Order, Court of Claims, New York County, entered on October 12, 1979, unanimously affirmed, without costs and without disbursements. None of the items sought to be produced appear to be privileged. No opinion. Concur — Kupferman, J. P., Sullivan, Carro, Markewich and Lupiano, JJ.

